UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-7618-MWF(KSx)**                              Dated: **November 16, 2015**

Title:      United African-Asian Abilities Club -*v*- First Casa De Marina, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                 None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on November 10, 2015, the Court sets a hearing for Order To Show Cause Re Default Judgment for **December 14, 2015 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.*

IT IS SO ORDERED.

MINUTES FORM 90                                           Initials of Deputy Clerk  __cw__
CIVIL - GEN

-1-